AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF FLORIDA

United States of America
c/o NEWMAN & MARQUEZ, P.A.
1533 Sunset Drive #225
Coral Gables, FL 33143-5700

Case Number: **12-cv-61490-Marra/Matthewman**

vs.

CARLOS BOLANOS
17910 SW 11 CT
PEMBROKE PINES, FL 33029

## SUMMONS IN A CIVIL ACTION

TO: (Name and Address of Defendant)

    CARLOS BOLANOS
    17910 SW 11 CT
    PEMBROKE PINES, FL 33029

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

PLAINTIFF'S ATTORNEY (Name and Address)

  Newman & Marquez, P.A.
  JENNIFER MARGOLIS MARQUEZ
  1533 Sunset Drive #225
  Coral Gables, FL 33143-5700

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Clerk of this Court.

Date: **7/31/2012** _____



**SUMMONS**

Steven M. Larimore
Clerk of Court

s/ Valerie Kemp
Deputy Clerk
U.S. District Courts